**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

|  |  |  |
|---|---|---|
| LOUISIANA FAIR HOUSING ACTION CENTER, INC. | : | |
| | : | |
| Plaintiff, | : | No. 2:20-cv-2339 |
| | : | Section G(3) |
| v. | : | |
| | : | Judge: Nannette Jolivette Brown |
| PLANTATION MANAGEMENT COMPANY, LLC ET AL. | : | |
| | : | Magistrate Judge:  Dana M. Douglas |
| Defendants. | : | |
| | : | |

## NOTICE OF VOLUNTARY DISMISSAL OF RONALD A. GOUX, WILLIAM GARNER, AND LUCY GARNER  PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Please take notice that Defendants **Ronald A. Goux**, **William Garner**, and **Lucy Garner** are voluntarily dismissed from this Action by Plaintiff Louisiana Fair Housing Action Center, Inc., without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).  *See Plains Growers, Inc., By and Through Florists' Mutual Insurance Co. v. Ickes-Braun Glasshouses, Inc.,* 474 F.2d 250, 255 (5th Cir. 1973).

Dated:  March 26, 2021

By:

/s Peter Theis
Peter Theis
LOUISIANA FAIR HOUSING
ACTION CENTER
1340 Poydras St. Suite 710
New Orleans, LA 70112
(504) 208-5070
ptheis@lafairhousing.org

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that, on this 26th day of March, 2021, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s Peter Theis
Peter Theis