**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LOUISIANA FAIR HOUSING** | * | **CIVIL DOCKET NO: 2:20-CV-2339 G (3)** |
| **ACTION CENTER, INC.** | * | |
| | * | **JUDGE: NANNETTE JOLIVETTE BROWN** |
| **VS.** | * | |
| | * | **MAG. JUDGE: DANA M. DOUGLAS** |
| **PLANTATION MANAGEMENT** | * | |
| **COMPANY, LLC, ER AL.** | * | |

**JOINT STATUS REPORT**

Pursuant to this Court's scheduling order in this matter, R. Doc. 63, the parties, through undersigned counsel, respectfully submit the following status report:

**(1)      PARTIES AND COUNSEL:**

Listing of all the parties and counsel who represent the parties:

1. Peter Theis, counsel for Plaintiff Louisiana Fair Housing Action Center, Inc.

2. Druit G. Gremillion, Jr., Jerry L. Stovall, Jr., and Alexa Candelora, counsel for Highpoint Healthcare, LLC, Jeremy Goux, Timothy Goux, Plantation Management Co., LLC, and Medico, LLC.

3. Daryl J. Daigle and Carley A. Faucheux, counsel for St. Jude Management #2, L.L.C. and Lawrence Stansberry.

4. Renee Smith Auld and Danielle Trostorff, of the law firm of Degan Blanchard & Nash on behalf of Defendants, CommCare Corporation and CommCare Management Corporation.

5. Michael L. Deshazo and Christine W. Adams, counsel for Notre Dame Health System.

1

**(2)      MOTIONS:**

Currently pending before the Court is a Rule 12(b)(6) Motion to Dismiss filed by Jeremy Goux and Timothy Goux (R. Doc. 48) and a Rule 12 (b) (6) Motion to Dismiss For Failure to State a Claim and, In the Alternative, 12(e) f Motion for More Definitive Statement in Response to Plaintiff's First Amended Complaint filed by CommCare Corporation and CommCare Management Corporation. (R. Doc. 53).

**(3)      DATES OF CONFERENCES AND TRIAL**

A Scheduling Conference was held on **April 30, 2021**. Following that conference, the Court issued a Scheduling Order (R. Doc. 63), which scheduled a final pretrial conference on **June 2, 2022 at 2:00 p.m.,** and trial to commence on **June 20, 2022 at 9:00 a.m**.

This case is scheduled for jury trial and is estimated to last three to four days.

**(4)      BRIEF STATEMENT OF THE ISSUES:**

Plaintiff alleges that the conduct of Defendants, through their agents and governing policies, discriminated on the basis of disability by denying reasonable accommodations and failing to satisfy their obligation to provide means of effective communication for deaf individuals.

Defendant Notre Dame Health System has filed a Suggestion of Bankruptcy.

Defendants, Highpoint Healthcare, LLC, Jeremy Goux, Timothy Goux, Plantation Management Co., LLC, and Medico, LLC, deny that plaintiff has standing to bring any such actions. Further, defendants deny that they have discriminated, or threatened to discriminate against anyone, or unlawfully denied housing to anyone. Defendants deny that they have failed or refused to provide auxiliary aids based upon any demonstrated need. Finally, as set forth in their pending Motion to Dismiss, plaintiff has failed to state a cause of action against Jeremy Goux or Timothy Goux, individually.

Defendants, CommCare Corporation and CommCare Management Corporation, deny that Plaintiff has standing to bring any such actions. Further, Defendants deny that they have discriminated, or threatened to discriminate against anyone, or unlawfully denied housing to anyone. Defendants deny that they have failed or refused to provide auxiliary aids based upon any demonstrated need. Finally, as set forth in their pending Motion to Dismiss, plaintiff has failed to state a cause of action against Defendants.

Defendants St. Jude Management #2 and Lawrence Stansberry assert that Plaintiff has no standing to bring the actions alleged in its Original and Supplemental Complaints. Additionally, these Defendants deny any discrimination, threats to discriminate, or unlawful denial of housing on their part. Defendants deny any failure or refusal to provide auxiliary aids based upon any demonstrated need. Finally, as will be set forth in their Motion to Dismiss, Plaintiff has failed to state a cause of action against St. Jude Management #2 and/or Lawrence Stansberry, individually.

**(5)       DISCOVERY**

Substantial discovery remains to be done, including production of allegedly recorded telephone "tests" of defendants, depositions of plaintiff's "testers", and written discovery regarding plaintiff's methods and procedures for testing.

**(6)       SETTLEMENT NEGOTIATIONS**

Defendants CommCare Corporation and Commcare Management Corporation have engaged in preliminary ongoing settlement discussions in this matter to date with no resolution pending. Plaintiff and the remaining Defendants state there have been no attempts to settle this matter to date.

RESPECTFULLY SUBMITTED,


*/s Peter Theis*
La Bar. No. 34786
Louisiana Fair Housing Action Center
1340 Poydras Street, Suite 710
New Orleans, Louisiana  70112
(504) 208-5070
ptheis@lafairhousing.org
Attorney for Plaintiff


**BREAZEALE, SACHSE & WILSON,
L.L.P.**
One American Place, 23rd Floor
Post Office Box 3197
Baton Rouge, Louisiana 70821-3197
Telephone: 225/387-4000
Facsimile:  225/381-8029
Email: druit.gremillion@bswllp.com


*/s/ Druit G. Gremillion, Jr.*

Druit G. Gremillion, Jr., T.A. (#33867)
Jerry L. Stovall, Jr., (#23318)
Alexa Candelora (#39134)
*Highpoint Healthcare, LLC, Jeremy
Goux, Timothy Goux, Plantation
Management Co., LLC, and Medico, LLC.*


**PREIS, PLC**

*/s/ Daryl J. Daigle*
**DARYL J. DAIGLE (#18858)**
**CARLEY A. FAUCHEUX (#37676)**
Pan American Life Center
601 Poydras Street, Suite 1401


4

New Orleans, Louisiana 70130
Tel.:    (504) 581-6062
Fax:    (504) 522-9129
Email: ddaigle@preisplc.com
          cfaucheux@preisplc.com

***Attorneys for St.
Jude Management
#2, L.L.C. and
Lawrence
Stansberry,
Defendants***


DEGAN BLANCHARD & NASH

*/s/ Danielle Trostorff*

Danielle Trostorff (#08704)
Renee F. Smith Auld (#23568)
400 Poydras St., Suite 2600
New Orleans, LA. 70130
Telephone: (504) 529-3333
Facsimile: (504) 529- 3337
Email:   dtrostorff@degan.com
          rsmithauld@degan.com
***Attorneys for CommCare Corporation
and CommCare Management
Corporation, Defendants.***


**KINNEY, ELLINGHAUSEN &
DESHAZO**

*/s/ Michael L. DeShazo*
**MICHAEL L. DESHAZO (#29833)
CHRISTINE W. ADAMS (#34414)**
1250 Poydras Street, Suite
2450
New Orleans, Louisiana 70113
Telephone:  504.524.0206
Facsimile:  504.525.6216

Email:  mdeshazo@kinneylaw.com
          cadams@kinneylaw.com

5

6

*Attorneys for Defendant, Notre Dame
Health System*