**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **LOUISIANA FAIR HOUSING ACTION CENTER, INC.** | * | **CIVIL ACTION** |
| | | **CASE NO. 20-2339** |
| **VERSUS** | * | **SECTION: "G"(3)** |
| | * | |
| **PLANTATION MANAGEMENT COMPANY, LLC et al.** | | **CHIEF JUDGE: NANNETTE JOLIVETTE BROWN** |
| | * | |

**MAGISTRATE JUDGE: DANA DOUGLAS**

**O R D E R**

Upon consent motion jointly submitted by plaintiff, Louisiana Fair Housing Action Center, Inc. (hereinafter "Plaintiff" or "LaFHAC"), and mover, St. Luke's Living Center;

**IT IS HEREBY ORDERED** that the Motion to Dismiss for Lack of Procedural Capacity, to Strike and/or for More Definite Statement (R. Doc. 74) filed by St. Luke's Living Center shall be and hereby is granted, in part, as follows:  to the extent Plaintiff's Second Amended Complaint (R. Doc. 70) asserts any claims against or demands for relief from "St. Luke's Living Center," all such claims and demands are hereby dismissed, without prejudice, and "St. Luke's Living Center," formally known as St. Luke #2, L.L.C., shall not be liable under or otherwise subject to any judgment awarding damages or any other form of relief prayed for in the Second Amended Complaint, with the understanding LaFHAC reserves all available rights to assert or reassert such claims or demands pending information ascertained during discovery.  The Motion to Dismiss for Lack of Procedural Capacity, to Strike and/or for More Definite Statement (R. Doc. 74) is denied, without prejudice, in all other respects.

**NEW ORLEANS, LOUISIANA,** this 12th  day of July, 2021.

**HONORABLE NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE, UNITED STATES DISTRICT COURT**