UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA FAIR HOUSING ACTION CENTER, INC., | * | CIVIL ACTION NO.  20-2339 |
| Plaintiff | * | SECTION:  G |
| VERSUS | * | JUDGE: BROWN |
| PLANTATION MANAGEMENT COMPANY, L.L.C. | * | MAGISTRATE: DOUGLAS |
| HIGH POINT HEALTHCARE, LLC, | * | |
| MEDICO, L.L.C., NOTRE DAME HEALTH SYSTEM, COMMCARE CORPORATION, | * | |
| COMMCARE MANAGEMENT CORPORATION, METAIRIE OPERATIONS, L.L.C., RONALD A. | * | |
| GOUZ, JEREMY GOUX, ST. JUDE MANAGEMENT #2, L.L.C., | * | |
| LAWRENCE STANSBERRY, LUCY GARNER, and WILLIAM GARNER, | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SO-ORDER THE SETTLEMENT AGREEMENT

**NOW INTO COURT** come Plaintiff, Louisiana Fair Housing Action Center, Inc., and Defendants, Commcare Corporation, CommCare Management Corporation (collectively "Defendants"), who move for this Court to So-Order the Settlement Agreement in this matter (Doc. 152),

District courts have held that such settlement agreements are fair, adequate, and consistent with the public interest. The proposed signed settlement agreement is fair, adequate, and consistent with the public interest.

**WHEREFORE**, for all of these reasons, the parties jointly and respectfully move the Court

to So-Order the Settlement Agreement.

Respectfully submitted,

| | |
|---|---|
| **DEGAN, BLANCHARD & NASH** | /s/ Andrew Rozynski_____ |
| | Andrew Rozynski, Esq. |
| _____/s/ Renee F. Smith Auld_____ | **EISENBERG & BAUM, LLP** |
| Danielle Trostorff (LSBA No. 8704) | 24 Union Square East, Penthouse |
| Renee F. Smith Auld (LSBA No. 23568) | New York, NY 10003 |
| 400 Poydras Street, Suite 2600 | Main: (212) 353-8700 |
| New Orleans, LA 70130 | Fax: (917) 591-2875 |
| Phone: (504) 529-3333 \| Fax: (504) 529-3337 | Email: ARozynski@eandblaw.com |
| Email: dtrostorff@degan.com | |
|        rsmithauld@degan.com | *Counsel for Plaintiff* |

**COUNSEL FOR DEFENDANTS COMMCARE
CORPORATION AND COMMCARE
MANAGEMENT CORPORATION**

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Andrew Rozynski_____

2