UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LOUISIANA FAIR HOUSING ACTION CENTER, INC., | * | CIVIL ACTION NO.  20-2339 |
| **Plaintiff** | * | SECTION:  G |
| | | |
| **VERSUS** | * | JUDGE: BROWN |
| | | |
| PLANTATION MANAGEMENT COMPANY, L.L.C. | * | MAGISTRATE: DOUGLAS |
| HIGH POINT HEALTHCARE, LLC, | * | |
| MEDICO, L.L.C., NOTRE DAME HEALTH SYSTEM, COMMCARE CORPORATION, | * | |
| COMMCARE MANAGEMENT CORPORATION, METAIRIE OPERATIONS, L.L.C., RONALD A. GOUZ, JEREMY GOUX, | * | |
| ST. JUDE MANAGEMENT #2, L.L.C., LAWRENCE STANSBERRY, LUCY GARNER, | * | |
| and WILLIAM GARNER, | * | |
| | | |
| **Defendants** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION TO SO-ORDER THE SETTLEMENT AGREEMENT

**NOW INTO COURT** come Plaintiff, Louisiana Fair Housing Action Center, Inc., and Plantation Management, LLC, St. Joseph of Harahan, LLC, Highpoint Healthcare LLC, Medico LLC Metairie Operations, L.L.C., Jeremy Goux, and Timothy Goux (collectively "Defendants"), move for this Court to So-Order the Settlement Agreement in this matter.

District courts have held that such settlement agreements are fair, adequate, and consistent with the public interest. The proposed signed settlement agreement is fair, adequate, and consistent with the public interest.

**WHEREFORE**, for all of these reasons, the parties jointly and respectfully move the Court to So-Order the Settlement Agreement.

1

Respectfully submitted,

**STM LAW GROUP**

    */s/ Druit Gremillion*      
Druit Gremillion Esq.
P.O. Box 14224
Baton Rouge, LA 70898
Phone: (225) 427-3546|
Email: dgg@stmlawgroup.com

**COUNSEL FOR DEFENDANTS  Plantation Management, LLC, St. Joseph of Harahan, LLC, Highpoint Healthcare LLC, Medico LLC Metairie Operations, L.L.C., Jeremy Goux, and Timothy Goux**

/s/ Andrew Rozynski     
Andrew Rozynski, Esq.
**EISENBERG & BAUM, LLP**
24 Union Square East, Penthouse
New York, NY 10003
Main: (212) 353-8700
Fax: (917) 591-2875
Email: ARozynski@eandblaw.com

*Counsel for Plaintiff*

## LOCAL RULE 5.4 CERTIFICATE OF SERVICE

Pursuant to Local Rule 5.4, no certificate of service is required for this motion because all parties are electronic filers and will receive notice through the court's electronic filing system.

/s/ Andrew Rozynski